IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal Case No. 24-cr-00122-LKG |
| DAMONTAY JOHNSON, | ) ) ) ) | Dated:  June 24, 2024 |
| Defendants. | ) ) | |

### ORDER

The parties in the above-captioned criminal matter shall participate in an initial scheduling conference on **Tuesday, July 9, 2024, at 10:30 a.m. Eastern Time**.  The initial scheduling conference will be held *via* AT&T Teleconferencing.  The Court will provide the parties *via* email with a call-in number, an access code, and a security code.  Participating on the call will be counsel of record for each party:

For the Government:   **Joshua Rosenthal**
DOJ-USAO
6406 Ivy Lane
Ste 800
Greenbelt, MD 20770
301-344-4006
Email: joshua.rosenthal2@usdoj.gov

**William Davis Moomau**
Office of the United States Attorney
6500 Cherrywood Lane Suite 200
Greenbelt, MD 20770
13013440105
Email: william.moomau@usdoj.gov

For Defendant:   **Daniel Hutcheson Goldman**
The Law Office of Daniel Goldman, PLLC
421 King Street
Suite 505
Alexandria, VA 22314
202-677-5709
Email: dan@dangoldmanlaw.com

In preparation for the initial scheduling conference, the parties shall **FILE** a joint status report, **on or before July 1, 2024**, stating their respective views on the following issues:

1. The status of the parties' exchange of information pursuant to Fed. R. Crim. P. 16, and whether any discovery has yet to be completed.

2. Whether the parties are prepared to proceed to trial, and if so, a proposed trial date, the approximate length of trial, number of witnesses for each side, and any unique issues related to the trial.

3. Whether either party intends to file a pre-trial motion; and if so, the nature of the motion and a proposed schedule for the briefing of the motion.

4. Whether either party intends to file a motion *in limine*.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge