IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. LKG-24-0122 |
| | * | |
| DAMONTAY JOHNSON | * | |
| | * | |
| Defendant | * | |
| | * | |
| ******* | | |

## JOINT STATUS REPORT

Pursuant to the Court's order to file a joint status report (ECF No. 16), the parties submit:

1. The parties have completed their exchange of information pursuant to Fed. R. Crim. P. 16, except for materials related to certain witnesses, which the parties are discussing how to share.

2. The parties are in the process of attempting to resolve the case without proceeding to trial, and they take no position on whether trial or motions are necessary at this time.

3. (See above.)

4. (See above.)

The parties anticipate asking at the initial scheduling conference to file another joint status report in 60 days.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____/s/_____
Joshua A. Rosenthal
Assistant United States Attorney

Daniel H. Goldman, Esq.
Counsel for Defendant